THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Appellant and Respondent, v. STATE BOARD OF TAX COMMISSIONERS, Respondent and Appellant.

THE CITY OF NEW YORK, Intervener, Respondent and Appellant.

*Tax — railroads — special franchises — review of assessments — sufficiency of complaint as to assessments and of petition for writ of certiorari.*

*People ex rel. L. I. R. R. Co.* v. *State Bd. Tax Comrs.*, 193 App. Div. 911, reversed.

(Argued April 19, 1921; decided May 31, 1921.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 30, 1920, which modified and affirmed as modified an order of Special Term in a certiorari proceeding to review an assessment for taxation of special franchises of the relator in the boroughs of Kings and Queens, city of New York, for the year 1910.

*Alfred A. Gardner* and *Joseph F. Keany* for relator, appellant and respondent.

*Charles D. Newton,* Attorney-General (*Martin Saxe* and *Charles R. McSparren* of counsel), for State Board of Tax Commissioners, respondent and appellant.

*John P. O'Brien,* Corporation Counsel (*William H. King, Eugene Fay* and *Paul F. Lorzer* of counsel), for City of New York, respondent and appellant.

MCLAUGHLIN, J. This appeal relates to an assessment for the purpose of taxation of a special franchise for the year 1910. Precisely the same question is presented as was presented in the appeal from the assessment for 1908.

The order of the Appellate Division, in so far as it modified the order of the Special Term, is reversed, and the order of the Special Term affirmed, with costs in this court and Appellate Division on the opinion relating to the 1908 assessment, decided herewith. (See *People ex rel. L. I. R. R. Co.* v. *State Board of Tax Comrs.*, 231 N. Y. 221.)

All concur, except CARDOZO, POUND and ANDREWS, JJ., who vote to reverse order of Appellate Division so far as appealed from by State Board of Tax Commissioners and City of New York and otherwise to affirm the same.

Ordered accordingly.